UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROB ROBERTSON,

        Plaintiff(s),                           No. C 10-3048 PJH

   v.                                        **ORDER OF DISMISSAL**

GLOBAL CREDIT AND COLLECTION, INC.,

        Defendant(s).
_____/

    Plaintiff, by his counsel, having advised the court that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.

    IT IS SO ORDERED.

Dated: November 4, 2010

                                                          _____
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge